FRASER et al. v. TRENT.

(Circuit Court, D. Utah. April 20, 1896.)

No. 8.

JURISDICTION OF FEDERAL COURTS—ADMISSION OF UTAH—TRANSFER OF PENDING CASES.

On the admission of Utah to statehood, a party to a pending cause, over which the state and federal courts have concurrent jurisdiction, was entitled to have the same transferred into the federal court, although his petition therefor was not filed until after the defendant was required to answer or plead. Crown Point Min. Co. v. Ontario Silver-Min. Co., 74 Fed. 419, followed.

This suit was instituted by Fraser and Chalmers against L. C. Trent in a court of the territory of Utah, and was pending therein at the time of its admission as a state. The citizenship of the parties being diverse, the defendant petitioned for a transfer of the case to the federal circuit court, and the transfer was made accordingly. Defendant now moves to remand it to the state court.

Bennett, Harkness, Howat & Bradley, for plaintiffs.
Brown, Henderson & King, for defendant.

ADAMS, District Judge (orally). There is no controversy but what the application for transfer of this case to this court was made later than the time when, under the removal act, it should have been made. But for the reasons stated in the case of Crown Point Min. Co. v. Ontario Silver-Min. Co., 74 Fed. 419, I hold that such fact presents no legal objection to the transfer of this case to this court, under the enabling act of congress and the constitution of Utah. The motion to remand is therefore denied.